Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for SHELBY GAIL HEIFETZ, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br>    Plaintiff,<br>vs.<br>PREM P. CHAUDHRI and RIPU D. CHAUDHRI, individuals, d/b/a DAYS INN CONCORD; and DOES 1-10, inclusive,<br>    Defendants. | **Case No. CV13-04473 KAW**<br><br>*Civil Rights*<br><br>**STIPULATION AND REQUEST BY THE PARTIES FOR AN ORDER MODIFYING GENERAL ORDER 56 TO EXTEND THE DEADLINE FOR THE PARTIES' JOINT SITE INSPECTION; AND [PROPOSED] ORDER THEREON** |

  IT IS HEREBY STIPULATED by and between Plaintiff Shelby Gail Heifetz ("Plaintiff") and Defendants Prem P. Chaudhri and Ripu D. Chaudhri ("Defendants") that the last date (January 6, 2014) for the Parties' Joint Site Inspection shall be modified and extended to January 20, 2014. The last dates under General Order 56 for the Parties' Meet and Confer and Notice for Mediation shall be modified accordingly.

  The extension is sought due to Defendants' counsel's family emergency.

Dated: January 3, 2014      /s/ Irene Karbelashvili
               Irene Karbelashvili, Attorney for
               Plaintiff SHELBY GAIL HEIFETZ

| | |
|---|---|
| Dated: January 3, 2014 | /s/ Michael Welch<br>Michael Welch, Attorney for<br>Defendants PREM P. CHAUDHRI and<br>RIPU D. CHAUDHRI |

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on January 3, 2014, I, Irene Karbelashvili, received the concurrence of Michael Welch, Esq. in the filing of this document.

By: /s/ Irene Karbelashvili
IRENE KARBELASHVILI

### FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

That the last date for the Parties' Joint Site Inspection under General Order 56 is hereby modified so that the time to conduct the Joint Site Inspection is hereby extended to no later than January 20, 2014. The last dates under General Order 56 for the Parties' Meet and Confer and Notice for Mediation shall be modified accordingly.

DATED: 1/8/14

_/s/ Kandis Westmore_
JUDGE OF THE UNITED STATES DISTRICT COURT