Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for SHELBY GAIL HEIFETZ, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br>Plaintiff,<br>vs.<br>PREM P. CHAUDHRI and RIPU D. CHAUDHRI, individuals, d/b/a DAYS INN CONCORD; and DOES 1-10, inclusive,<br>Defendants. | Case No. CV13-04473 KAW<br><br>*Civil Rights*<br><br>STIPULATION AND REQUEST BY THE PARTIES FOR AN ORDER MODIFYING GENERAL ORDER 56 TO CONTINUE THE DATE TO COMPLETE MEDIATION TO ACCOMMODATE COUNSELS AND THE PARTIES AND [PROPOSED] ORDER THEREON |

IT IS HEREBY STIPULATED by and between Plaintiff, Shelby Gail Heifetz ("Plaintiff") and Defendants Prem P. Chaudhri and Ripu D. Chaudhri that the mediation before William Tamayo scheduled for May 6, 2014 be continued to, no later than July 1, 2014.

Pursuant to General Order 56, Plaintiff filed a Notice of Need for Mediation on February 28, 2014, after the parties conducted a joint site inspection but the case did not settle at that time. William Tamayo, Esq. was appointed mediator on March 26, 2014 by this Court.

The mediator and the parties agreed to a mediation scheduled for May 6, 2014. However on May 5, 2014, the counsel for Defendants informed the mediator that one of his clients became ill and was not able to participate in the scheduled mediation.

To accommodate the parties and their counsels the parties request leave to extend the time to mediate under General Order 56 to no later than July 1, 2014.

IT IS SO STIPULATED

Dated: 05/07/2014 /s/ *Irene Karbelashvili*
Irene Karbelashvili, Attorney for
Plaintiff SHELBY GAIL HEIFETZ

Dated: 05/07/2014 /s/ Michael Welch
Michael Welch, Attorney for
Defendants PREM P. CHAUDHRI and
RIPU D. CHAUDHRI

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on May 7, 2014, I, Irene Karbelashvili, received the concurrence of Michael Welch, Esq. in the filing of this document

By: /s/ Irene Karbelashvili
IRENE KARBELASHVILI

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

That the mediation date under General Order 56 is hereby modified so that the time to mediate is hereby extended to no later than July 1, 2014. In all other respects, General Order 56 shall remain unchanged.

Dated: May 13, 2014

Hon. Kandis A. Westmore, United States Magistrate Judge