UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>            Plaintiff,<br><br>   v.<br><br>PREM P. CHAUDHRI, et al.,<br><br>            Defendants. | Case No.  13-cv-04473-KAW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On Friday, October 10, 2014 at 4:06 p.m., Plaintiff emailed the Court requesting to continue the October 14, 2014 case management conference that Plaintiff requested.  This ex parte communication is in violation of Civil L.R. 11-4(c).

Notwithstanding, the Court will continue the case management conference to January 6, 2015. Going forward, however, all such requests must be filed as required by the Federal Rules of Civil Procedure, the Civil Local Rules, the Northern District's General Orders, and the Court's Standing Orders.

IT IS SO ORDERED.

Dated: October 14, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge