UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELBY GAIL HEIFETZ,

    Plaintiff,

v.

PREM P. CHAUDHRI, et al.,

    Defendants.

Case No. 13-cv-04473-KAW

ORDER TO SHOW

On October 14, 2014, the Court continued the case management conference scheduled for October 14, 2014 to January 6, 2015. (Dkt. No. 29.) The parties did not file an updated case management conference statement, and Defendants failed to appear at the January 6, 2015 case management conference. (*See* Civil Minute Order, Dkt. No. 30.)

Accordingly, counsel for Defendants Prem P. Chaudhri and Ripu D. Chaudhri is ORDERED TO SHOW CAUSE, in writing, by no later than January 20, 2015, why he should not pay monetary sanctions in the amount of $500 per client for his failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: January 8, 2015

                                                                        KANDIS A. WESTMORE
United States Magistrate Judge