# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PREM P. CHAUDHRI, et al.,<br><br>    Defendants. | Case No. 13-cv-04473-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 40 |

On May 22, 2015, the parties attended a settlement conference with the Honorable Elizabeth D. Laporte, where they settled the case in its entirety. (Minute Entry, Dkt. No. 40.) Accordingly, the parties shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: June 1, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge