1  Irene Karbelashvili, State Bar Number 232223
   **LAW OFFICE OF IRENE KARBELASHVILI**
2  12 South First Street, Suite 413
3  San Jose, CA 95113
   Telephone: (408) 295-0137
4  Fax: (408) 295-0142

5  Attorney for SHELBY GAIL HEIFETZ, Plaintiff

6

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9

10

11  SHELBY GAIL HEIFETZ,        )    **Case No. CV13-04473 KAW**
                                 )
12                  Plaintiff,   )
                                 )
    vs.                          )    **STIPULATION OF DISMISSAL**
13                               )    **WITH PREJUDICE AND**
    PREM P. CHAUDHRI and RIPU D. )    **(PROPOSED) ORDER**
14  CHAUDHRI, individuals, d/b/a DAYS )
    INN CONCORD; and DOES 1-10,  )    **[F.R.C.P.§§ 41(a)(1)(ii) and (2)]**
15  inclusive,                   )
                                 )
16                  Defendants.  )
                                 )
17

18

19      Plaintiff SHELBY GAIL HEIFETZ and Defendants PREM P. CHAUDHRI and RIPU D.

20  CHAUDHRI, individuals, d/b/a DAYS INN CONCORD by and through their attorneys of

21  record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule

22  of Civil Procedure **§§** 41(a)(1)(ii) and (2).

23      Plaintiff filed this lawsuit on September 27, 2013. Defendants, who have answered the

24  complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate

25  that each side shall pay its own attorneys' fees and costs.

26

27      This case is not a class action, and no receiver has been appointed.

28

P a g e | **1**
**Case No. CV13-04473 KAW**
**Stipulation of Dismissal with Prejudice and (Proposed) Order**

Wherefore, Plaintiff and Defendants, by and through their attorneys of record, so stipulate.

Dated: 06/26/2015                    */s/    Irene Karbelashvili*
                                      Irene Karbelashvili, Attorney for
                                      Plaintiff SHELBY GAIL HEIFETZ

Dated: 6/28/2015                     By:    */s/ Michael D. Welch*
                                      MICHAEL WELCH, Attorney for Defendants
                                      PREM P. CHAUDHRI and RIPU D. CHAUDHRI,
                                      individuals, d/b/a DAYS INN CONCORD

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on June 28, 2015, I, Irene Karbelashvili, received the concurrence of Michael D. Welch, Esq., in the filing of this document

                                      By:    */s/ Irene Karbelashvili*
                                             IRENE KARBELASHVILI

# ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The lawsuit against Defendant is dismissed with prejudice. Each side shall pay its own attorneys' fees and costs.

DATED: 7/1/15

_____
MAGISTRATE JUDGE KANDIS A. WESTMORE